In the Matter of 677 NEW LOUDON CORPORATION, Doing Business as NITE MOVES, Appellant, v STATE OF NEW YORK TAX APPEALS TRIBUNAL et al., Respondents.

Submitted December 3, 2012; decided February 7, 2013

Motion for reargument denied with $100 costs and necessary reproduction disbursements [*see* 19 NY3d 1058 (2012)].